JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RICARDO YANEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SECRETARY OF CORRECTIONS,<br><br>　　　　　Respondent. | Case No. 2:16-cv-09653-PSG-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting the Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 12/19/17

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE